ORIGINAL

**FILED**

12/18/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0589

Name **Mikel S Letherman**
**3165 King Ave East**
**Billings, MT 59101**
City _____ State ____ Zip

_____
[e-mail address]
**Appellant - pro-se**
[Designation of party]

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. _____
[to be assigned by Clerk of Supreme Court]

**Mikel S Letherman** ,

Appellant,

v.

**The State of Montana** ,

Appellee.

**FILED**

NOV 18 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### PETITION FOR AN OUT-OF-TIME APPEAL

*[To ask the Court to allow you to file an out-of-time appeal, give the reasons why the appeal was not timely filed. State in the petition or supporting affidavit the issues you wish to raise on appeal and explain in detail the reasons that you did not file a timely appeal. Give only true and accurate explanations that support your petition. Include a copy of the final order or judgment from which you wish to appeal. M. R. App. P. 4(6)]*

I petition the Court to allow me to file an out-of-time appeal for the following reason: [Check one]

☐ I improperly filed a timely Notice of Appeal only with the District Court, as more fully explained below.



© Montana Supreme Court

☐ I discussed filing a timely appeal with my attorney, but he or she failed to file it for me, as more fully explained below.

☑ I failed to file the Notice of Appeal for the following reason:

I was not made aware of the 30 day motion to file from sentencing. I was not informed of this rule until over 60 days from sentencing on June 29th 2021. by Mrs. Bagnell-Moorhead whom was assigned as standby council.

☐ Attached as Exhibit "A," a copy of the judgment or order from which I wish to appeal.

As legal authority for filing an out-of-time appeal, I cite the following which supports this petition:

I was not on a way of the state as defined in the underlying charge of 61-8-406, also never "operating" a vehicle as defined in 61-1-101 (52) - Being without owning a vehicle at this time and nietter being in any possesion of any keys to there fore "operate" see attached intake sheet.

DATED this __8__ day of __November__, 20__24__.

© Montana Supreme Court



_____
[Signature]

Mikel S Letherman
[Print name]

## VERIFICATION UPON OATH OR AFFIRMATION

STATE OF MONTANA    )
                   : ss.
County of Yellowstone  )

    I swear that everything stated in this petition is true and correct to the best of my knowledge.

    DATED this _____8th_____ day of ___November___, 20 _21_.

_____
[Signature]

Mikel S Letherman
[Print name]

    Signed and sworn to or affirmed before me on this date by

__Mikel S. Letherman__.

[Seal]

Charles L Leonard
NOTARIAL SEAL
STATE OF MONTANA

Charles L Leonard
NOTARY PUBLIC for the
STATE OF MONTANA
Residing in Billings, MT
My Commission Expires
8/17/2022

_____
[Signature of Notary Public]
Charles L Leonard
[Typed or printed name]
Detention Sgt
[Title]
Billings, MT
[Residing at]
My Commission expires: __8/17/2022__.



© Montana Supreme Court

# CERTIFICATE OF SERVICE

I certify that I have filed a copy of this **Petition for an Out-of-Time Appeal** with the Clerk of the Montana Supreme Court and that I have mailed or hand delivered a copy to each attorney of record and any party not represented by counsel as follows:

Victoria Callender
[Name of opposing counsel]

217 N 27th Suit 701
Billings, MT 59101
[Address]

Counsel for The State of Montana

_____
[Other party representing himself or herself]

_____
[Address]

DATED this __8__ day of __December__, 20__21__.

_____
[Name]

Micha S Letterman
[Print name]

© Montana Supreme Court